# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| **JEREMY GREY,** | ) | |
| **individually and on behalf of all** | ) | |
| **others similarly situated**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:21-cv-02019 |
| v. | ) | |
| | ) | |
| **KEYME, INC., and KEYME LLC**, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on the parties' Notice of Voluntary Dismissal, filed on May 21, 2021 (ECF No. 7), and the Court having entered an Order of Dismissal (ECF No. 8),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

  /s/ Jon P. McCalla
—————————————————
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE

  May 27, 2021
—————————————————
Date